LISA DARLING-ALDERTON - State Bar No. 221738
lalderton@woollspeer.com
JO ANN MONTOYA - State Bar No. 131310
jmontoya@woollspeer.com
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:   (213) 629-1660

Attorneys for Plaintiff
CENTURY SURETY COMPANY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>Christopher B. Hicks, individually and doing business as CBH Construction, SM Props, LLC,<br><br>Defendants. | Case No.: EDCV12-2145 VAP<br><br>(Case Assigned to Hon. Virginia A. Phillips)<br><br>**DISMISSAL BY STIPULATION**<br><br>Complaint Filed: December 5, 2012<br>Trial Date:      None |

IT IS HEREBY SITPULATED by and between Plaintiff, CENTURY SURETY COMPANY, Defendant, CHRISTOPHER B. HICKS, individually and doing business as CBH CONSTRUCTION, and Defendant SM Props, LLC, by and through their respective counsel of record, that the above-captioned action be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: September 20, 2013        WOOLLS & PEER
                                 A Professional Corporation

                                 /s/ Jo Ann Montoya
                                 _____
                                 LISA DARLING-ALDERTON
                                 JO ANN MONTOYA
                                 Attorneys for Plaintiff
                                 CENTURY SURETY COMPANY

1

DATED: September 20, 2013

GOSHGARIAN AND MARSHALL

*[signature]*

JOHN A. MARSHALL
Attorneys for Defendant. CHRISTOPHER B. HICKS, individually and dba CBH CONSTRUCTION

DATED: September 20, 2013

COX, CASTLE & NICHOLSON

*[signature]*

EDWARD F. QUIGLEY
PATRICK M. McGOVERN
Attorneys for Defendant. SM PROPS. LLC

**IT IS SO ORDERED**
DATE 9-25-2013

*[signature: Virginia A. Phillips]*

**U.S. DISTRICT COURT JUDGE**

2

{CASE NO.: EDCV12-2145 VAP}
DISMISSAL BY STIPULATION

356197.1